No. 736. HARRY F. SINCLAIR v. UNITED STATES. January 10, 1927. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. George P. Hoover, Martin W. Littleton, J. W. Zevely,* and *G. T. Stanford* for petitioner. *Messrs. Atlee Pomerene, Owen J. Roberts,* and *Peyton Gordon* for the United States.

---

No. 738. UNION PACIFIC RAILROAD COMPANY v. HERBERT W. BOYLE. January 10, 1927. Petition for a writ of certiorari to the Supreme Court of the State of Nebraska denied. *Messrs. C. A. Magaw* and *N. H. Loomis* for petitioner. *Mr. Frank L. McCoy* for respondent.

---

No. 743. LUCKENBACH STEAMSHIP COMPANY, INC., OWNER OF THE STEAMSHIP "*Walter A. Luckenbach*" v. UNION OIL COMPANY OF CALIFORNIA, CLAIMANT ON BEHALF OF ITSELF AND ITS UNDERWRITERS ON THE STEAM TANKER, ETC., ET AL. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Louis T. Hengstler* for petitioner. *Messrs. S. Hasket Derby, Carroll Single, William Denman, William B. Acton, Edward J. McCutcheon, Warren Olney, Jr.,* and *Farnham P. Griffiths* for respondents.

---

No. 745. CHILLICOTHE FURNITURE COMPANY v. CHARLES G. REVELLE, RECEIVER OF INTERSTATE CASUALTY COMPANY. January 10, 1927. Petition for a writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Guy A. Thompson* for petitioner. No appearance for respondent.

---

No. 746. BRODERICK AND BASCOM ROPE COMPANY v. LUCKENBACH STEAMSHIP COMPANY. January 10, 1927.